■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEEN CRAWFORD, Also Known as RA-SHEEN CRAWFORD, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, Bronx County (Caesar Cirigliano, J.), rendered on or about August 8, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Gonzalez, Sweeny, Catterson and DeGrasse, JJ.